## McLeod v. The State.

LAMAR, J. There was positive testimony that the defendant had no property to support her, was able to work, and wandered and strolled about in idleness ; and while conflicting, the evidence was sufficient to support a conviction for vagrancy. Penal Code, § 453.

*Judgment affirmed. By five Justices.*

Submitted May 19, — Decided May 30, 1903.

Accusation of vagrancy. Before Judge Crisp. City court of Americus. April 13, 1903.

*J. R. Williams,* for plaintiff in error.
*J. A. Ansley Jr.,* solicitor, contra.